```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/20/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
QUIANG LU, on behalf of himself
and all others similarly situated,

                                  Plaintiffs,              **19-CV-5828(PGG) (KHP)**

     -against-                        **ORDER SCHEDULING TELEPHONIC**
                                                                      **STATUS CONFERENCE**

PURPLE SUSHI INC et al,

                                  Defendants.

-----------------------------------------------------------------X
**KATHARINE H. PARKER, United States Magistrate Judge:**

      A telephone Status Conference in this matter will be held on **Thursday, September 24, 2020 at 12:00 p.m.**  Counsel for the parties are directed to call Judge Parker's teleconference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**

        SO ORDERED

DATED:     New York, New York
               July 20, 2020

                                                          */s/ Katharine H. Parker*
                                                          _____
                                                           KATHARINE H. PARKER
                                                           United States Magistrate Judge