# TROY LAW, PLLC
ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

December 10, 2020

<u>Via ECF</u>
Hon. John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/11/2020

Re:   Letter Requesting to Adjourn the Pre-Trial Conference
*Lu v. Purple Sushi, Inc.*, No. 19-cv-05828 (PGG) (KHP), (S.D.N.Y.)

Your Honor,

    This office represents the Plaintiffs in the above-referenced matter. We write respectfully with the consent of Defense Counsel to respectfully request to adjourn the pre-trial conference currently scheduled for December 14, 2020 at 11:00 a.m., to any of the below proposed dates. This is the first request to adjourn the pre-trial conference and granting such request will not prejudice any party.

    On October 14, 2020, Your Honor, scheduled a pre-trial conference and ordered parties to appear on December 14, 2020. *See* Dkt. No. 66. Currently both the parties have completed discovery and Defendants anticipate on moving for partial summary judgement. Your Honor, the undersigned Counsel is the lead trial attorney of this matter and would not be able to attend the pre-trial conference currently scheduled for December 14, 2020, due to a trial scheduled in the matter of *Yatao Wang v. Maxim International Group Inc. d/b/a Shanghai* - Case 01-20-0000-0617 for the same date. In light of the scheduling conflict Plaintiffs respectfully requests to adjourn the pre-trial conference to either December 30, 2020 or January 8, 2021.

    For the foregoing reasons, Plaintiffs respectfully requests to adjourn the pre-trial conference to either December 30, 2020 or January 8, 2021.

    We thank the Court for its time and attention to and consideration of this matter.

    Respectfully submitted,
    TROY LAW, PLLC

    /s/ Aaron B. Schweitzer
    Aaron B. Schweitzer
    *Attorney for Plaintiffs*

cc:  via ECF
    all counsel of record

/pk

Plaintiffs' request is GRANTED. The Pretrial Conference scheduled for December 14, 2020, at 11:00 a.m. is hereby adjourned to January 8, 2021, at 2:30 p.m. Unless the Court directs otherwise, the Court plans to conduct the conference by teleconference. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

Furthermore, a joint status letter was due from the parties by October 28, 2020. (Dkt. 66). To date, no letter was submitted. The parties are hereby ORDERED to submit a joint status letter as requested by the Court's Reassignment Notice by January 5, 2021.

SO ORDERED.
Date: December 10, 2020
New York, New York

_____
JOHN P. CRONAN
United States District Judge