UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
QIANG LU, *on behalf of himself and all others similarly situated*,

                              Plaintiffs,                    19-CV-5828 (JPC) (KHP)

           -v-                                                ORDER

PURPLE SUSHI INC. et al.,

                              Defendants.
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On January 5, 2021, Defendants filed a letter requesting a pre-motion conference, seeking leave to file a summary judgment motion. (Dkt. 73). That same day, the parties filed a joint status report. (Dkt. 74). In the status report, the parties noted that "a referral to mediation or a settlement conference would be beneficial for the parties *prior* to Defendants moving for any Partial Summary Judgment." (*Id.* (emphasis added)). The parties are ORDERED to file a joint letter by January 8, 2021, clarifying whether the parties request that the settlement conference before Judge Parker take place prior to the Court setting a schedule for summary judgment briefing.

      Further, the Pretrial Conference scheduled for January 8, 2021, at 2:30 p.m. is adjourned *sine die*.

      SO ORDERED.

Dated: January 6, 2021
       New York, New York

                                                     JOHN P. CRONAN
                                                     United States District Judge