```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/03/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
QUIANG LU, on behalf of himself
and all others similarly situated,

                       Plaintiffs,            19-CV-5828(PGG) (KHP)

       -against-                                    **ORDER**

PURPLE SUSHI INC et al,

                       Defendants.

-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The Court is in receipt of the parties' joint status letter, dated January 8, 2021, in which the parties clarify they would like to try to resolve this litigation, prior to motion practice for summary judgment, through either settlement before this Court or mediation.  As such, the undersigned will conduct a settlement conference with the parties.  A telephone conference will be held on **Tuesday, March 16, 2021 at 11:00 a.m.** in advance of a settlement conference.  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

       SO ORDERED.

Dated:  New York, New York
       February 3, 2021

                                                                       */s/ Katharine H. Parker*
                                                                     KATHARINE H. PARKER
                                                                     United States Magistrate Judge