UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                          :
QIANG LU, *on behalf of himself and all others similarly* :
*situated*,                                                       :
                                                          :
                                    Plaintiffs,        :        19-CV-5828 (JPC) (KHP)
                                                          :
                -v-                              :                <u>ORDER</u>
                                                           :
PURPLE SUSHI INC. et al.,                           :
                                                           :
                                  Defendants.        :
                                                           :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On February 3, 2021, the Honorable Katharine H. Parker issued an Order, scheduling a settlement conference on March 16, 2021.  (Dkt. 77.)  The parties are directed to file a status letter with this Court on March 30, 2021.  In that status letter, the parties should address (1) the status of settlement discussions and (2) whether either party anticipates filing any summary judgment motions.

      SO ORDERED.

Dated: February 5, 2021
       New York, New York

                                                      JOHN P. CRONAN
                                          United States District Judge