**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
QUIANG LU, on behalf of himself
and all others similarly situated,

                                Plaintiffs,

                -against-

PURPLE SUSHI INC et al,

                              Defendants.

------------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:_____**
**DATE FILED:**___03//16/2021___

**19-CV-5828(JPC) (KHP)**

**ORDER SCHEDULING SETTLEMENT**
**CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

A telephonic settlement conference in this matter is scheduled for **Wednesday, June 23,**
**2021 at 10:00 a.m.**  Counsel for the parties are directed to call Judge Parker's court conference
line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**  Corporate
parties must send the person with decision making authority to settle the matter to the
conference.  The parties are instructed to complete the Settlement Conference Summary
Report and prepare pre-conference submissions in accordance with the Judge Parker's
Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later
than **June 16, 2021 by 5:00 p.m.**

       SO ORDERED.

Dated:  New York, New York
      March 16, 2021

_Katharine H Parker_
_____
KATHARINE H. PARKER
United States Magistrate Judge