USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

QUIANG LU, on behalf of himself
and all others similarly situated,

                          Plaintiffs,

        -against-

PURPLE SUSHI INC et al,

                          Defendants.

----------------------------------------------------------------X

19-CV-5828(JPC) (KHP)

**ORDER CONVERTING SETTLEMENT CONFERENCE TO IN PERSON PROCEEDING**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The telephonic settlement conference in this matter previously scheduled for **Wednesday, June 23, 2021 at 10:00 a.m.** will be now be in person in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website 2 weeks in advance of the conference for the most up to date information**. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **June 16, 2021 by 5:00 p.m.**

      SO ORDERED.

Dated: New York, New York
       May 12, 2021

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge