```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
QUIANG LU, on behalf of himself
and all others similarly situated,

                              Plaintiffs,

        -against-

PURPLE SUSHI INC et al,

                              Defendants.
------------------------------------------------------------------X
```

**19-CV-5828(JPC) (KHP)**

**ORDER SCHEDULING SETTLEMENT
CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

As a result of Plaintiffs failing to comply with this Court's prior Order to appear at a settlement conference at 10:00 a.m. today, this Court was forced to reschedule the settlement conference in this matter. Not only did Plaintiffs' counsel fail to ensure that his clients timely called into the conference line, but Plaintiffs' counsel himself was clearly unprepared to participate in good faith in the settlement conference, wasting this Court's time and the time of defendants and defense counsel. This conduct is unacceptable and repeat behavior will subject Plaintiffs and their counsel to sanctions.

An in-person settlement conference in this matter is scheduled for **Tuesday, August 10, 2021 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/23/2021

**By August 3, 2021**, Plaintiffs' counsel shall file a declaration with this Court certifying that he informed each of the Plaintiffs in writing in their native language of the settlement offer made by Defendants. Additionally, Plaintiffs' counsel shall make a new, compromise counter-demand to Defendants by August 3, 2021 and provide the Court with an ex-parte supplement to their settlement conference submission explaining the rationale for their demand.

**SO ORDERED.**

Dated: New York, New York
       June 23, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge