USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/03/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
QUIANG LU, on behalf of himself
and all others similarly situated,

                              Plaintiffs,                19-CV-5828(JPC) (KHP)

        -against-                           **ORDER CONVERTING**
                                                      **SETTLEMENT CONFERENCE TO**
PURPLE SUSHI INC et al,                           **TELEPHONIC**

                              Defendants.
----------------------------------------------------------------X
**KATHARINE H. PARKER, United States Magistrate Judge:**

     The Settlement Conference in this matter scheduled for **Tuesday, August 10, 2021 at 10:00 a.m.** is hereby converted to a telephonic conference. The Parties' should call into the court conference line at **(866) 434-5269 Code: 4858267** at the scheduled time. **A security code will be emailed to counsel by chambers for his proceeding.**

     SO ORDERED.

Dated: New York, New York
         August 3, 2021

*[Signature: Katharine H. Parker]*
_____
KATHARINE H. PARKER
United States Magistrate Judge