UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                 :
QIANG LU *et al.*,             :
                 :
          Plaintiffs,            :
                 :      19 Civ. 5828 (JPC)
    -v-                   :
                 :          ORDER
PURPLE SUSHI, INC. *et al.*,    :
                 :
          Defendants.      :
                 :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Discovery closed on this case on November 30, 2020, Dkt. 68, and efforts to settle the case before the Honorable Katharine H. Parker were unsuccessful.  No dispositive motions have been filed.  Accordingly, it is hereby ORDERED that the parties shall appear for a status conference to discuss deadlines for pretrial filings and a trial-ready date on December 2, 2021 at 1:30 p.m.  That hearing shall take place telephonically.  At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.  The parties are ordered to meet and confer on possible trial-ready dates prior to the conference.

       SO ORDERED.

Dated: November 29, 2021
        New York, New York

                                                   JOHN P. CRONAN
                                                   United States District Judge