UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
QIANG LU *et al.*, :
:
                            Plaintiffs, :               19 Civ. 5828 (JPC)
:
                   -v- :                   ORDER
:
PURPLE SUSHI, INC. *et al.*, :
:
                            Defendants. :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        As discussed at the conference earlier today, the parties should be ready for trial in this case on June 27, 2022.  The parties must familiarize themselves with the Court's Individual Rules and Practices for Civil Cases, available at https://www.nysd.uscourts.gov/hon-john-p-cronan.

        The joint proposed pretrial order and all other required pretrial filings shall be filed in accordance with 7.B-C of the Court's Individual Rules and Practices in Civil Cases by May 13, 2022.  Any opposition to a motion *in limine* and responsive pretrial memoranda of law shall be filed by May 27, 2022.  Parties should submit courtesy copies of documentary evidence in accordance with 7.F of the Court's Individual Rules and Practices in Civil Cases by June 21, 2022.  The parties shall appear for a final pretrial conference on June 17, 2022 at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.  The final pretrial conference must be attended by the attorneys who will serve as principal trial counsel.

        SO ORDERED.

Dated: December 3, 2021
       New York, New York
                                                                      _____
                                                                     JOHN P. CRONAN
                                                                     United States District Judge