UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
QIANG LU *et al.*,                                               :
:
              Plaintiffs,                        :
:    19 Civ. 5828 (JPC)
      -v-                                                        :
:    <u>ORDER</u>
PURPLE SUSHI, INC. *et al.*,                                     :
:
              Defendants.                        :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court previously set a trial-ready date in this case of June 27, 2022. Dkt. 92. Trial dates for the second quarter of 2022 have been released, and this matter has been calendared to commence trial on June 30, 2022. Therefore, trial is expected to resume on Tuesday, July 5, 2022, and continue that week. It is hereby ORDERED that the parties shall submit a joint letter by March 11, 2022 in the event any party has a scheduling conflict. To the extent there is a conflict, the parties shall also propose alternative trial ready dates in the second and third quarters of 2022. All pretrial filing deadlines and the scheduled pretrial conference remain in place.

      SO ORDERED.

Dated: March 8, 2022
      New York, New York
                                           JOHN P. CRONAN
                                       United States District Judge