**TROY LAW, PLLC**
ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324  troylaw@troypllc.com  Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

July 8, 2022

<u>*Via* ECF</u>
Hon. John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
Brooklyn, NY 11201

    Re: **Consent Motion for Brief Extension of Time to File Jury Materials**
       *1:19-cv-05828-JPC-KHP Lu v. Purple Sushi, Inc. et al*

Your Honor,

  This office represents the Plaintiffs in the above-referenced matter. We write respectfully, with the consent of counsel for Defendants Yami Yami Inc., Jianfu Zhuo, Mingjie Wang, Zenan Li, to request a brief extension of time, from July 8, 2022 to July 11, 2022, to file proposed voir dire, charge, and verdict sheet due to a need for additional time to meet and confer. We have finalized and filed a joint pretrial order, and an additional business day for filing jury materials will not prejudice or inconvenience any party, or the Court.

  We thank the Court for its attention to and consideration of this matter.

            Respectfully submitted,
            TROY LAW, PLLC

            <u>/s/ Aaron B. Schweitzer</u>
            Aaron B. Schweitzer, *esq.*
            *Attorney for Plaintiffs*

cc: *via* ECF
  all counsel of record

The request is granted.  The parties shall file the documents by July 11, 2022.

SO ORDERED
Date: July 11, 2022
New York, New York

            _____
            JOHN P. CRONAN
            United States District Judge