```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
QIANG LU et al.,                                                       :
                                                                       :
                                Plaintiffs,                            :
                                                                       :          19 Civ. 5828 (JPC)
                -v-                                                    :
                                                                       :              ORDER
PURPLE SUSHI, INC. et al.,                                             :
                                                                       :
                                Defendants.                            :
                                                                       :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Final Pretrial Conference previously scheduled for August 8, 2022 is adjourned to August 15, 2022 at 2:30 p.m. At the scheduled time, the parties shall appear in Courtroom 12D of the Daniel P. Moynihan U.S. Courthouse, 500 Pearl Street, New York, NY 10007.

    SO ORDERED.

Dated: July 21, 2022
       New York, New York

                                            JOHN P. CRONAN
                                     United States District Judge