```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
QIANG LU et al.,                                                       :
                                                                       :
                            Plaintiffs,                                :
                                                                       :     19 Civ. 5828 (JPC)
              -v-                                                      :
                                                                       :     ORDER
PURPLE SUSHI, INC., et al.,                                            :
                                                                       :
                            Defendants.                                :
                                                                       :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      A jury trial in this case is scheduled to commence on August 22, 2022.  During the final pre-trial conference on August 16, 2022, the Court discussed with the parties whether the trial would involve Plaintiffs' claims against all remaining Defendants in this action, including those who failed to appear at the pre-trial conference, or whether trial would only proceed as to those Defendants who appeared at the conference, Yami Yami, Inc., Jianfu Zhuo, Mingjie Wang, and Zenan Li (the "Yami Yami Defendants").  Upon further consideration, the Court hereby informs the parties that trial shall proceed only with respect to the Yami Yami Defendants.  If appropriate, the Court will conduct default judgment proceedings against the remaining Defendants, Purple Sushi, Inc. and Xing Chen, following the conclusion of trial.

      SO ORDERED.

Dated: August 18, 2022
      New York, New York

                                                              JOHN P. CRONAN
                                                             United States District Judge