UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
QIANG LU,
YONGBING QI, and
ZHENHUA DUAN,

                                              Plaintiffs,        Case No. 19-cv-05828 (JPC)

                  v.                                           **NOTICE OF MOTION FOR DEFAULT JUDGMENT AGAINST PURPLE SUSHI, INC. D/B/A MATSU SUSHI AND XING CHEN A/K/A JAY CHEN**

PURPLE SUSHI, INC.
       d/b/a Matsu Sushi,
YAMI YAMI, INC.
       d/b/a Matsu Sushi,
JIANFU ZHUO
       a/k/a Jian Fu Zhuo,
MINGJIE WANG
       a/k/a Ming Jie Wang,
XING CHEN
       a/k/a Jay Chen,
ZENAN LI
       a/k/a Zen An Li
       a/k/a An An Li, and
JOHN DOE
       a/k/a Abule,

                                             Defendants.
------------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that upon the annexed declaration of Aaron B. Schweitzer, sworn to on October 13, 2022, and all exhibits attached thereto, and upon all prior pleadings and proceedings herein, the undersigned shall move this Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 12D, New York, NY 10007, by the telephone conference line (866) 434-5269, access code 917261, on November 9, 2022 at 11:00 AM or as soon thereafter as counsel may be heard, for an Order granting judgment by default against Defendants Purple Sushi, Inc. d/b/a Matsu Sushi and Xing Chen a/k/a Jay Chen pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and Rule 55.2(b) of the Civil Rules of the United States District Court for the Southern District of New York.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order of October 5, 2022 (Dkt. No. 133) that answering papers, if any, shall be filed no later than October 27, 2022.

Dated: Flushing, NY
October 13, 2022

                Troy Law, PLLC

                /s/ *Aaron B. Schweitzer*
                Aaron B. Schweitzer
                41-25 Kissena Boulevard
                Suite 103
                Flushing, NY 11355
                (718) 762-1324
                troylaw@troypllc.com
                *Attorneys for Plaintiffs*