UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
QIANG LU et al.,

                       Plaintiffs,

      -against-                                      19 **CIVIL** 5828 (JPC)

                                                                **JUDGMENT**

PURPLE SUSHI, INC. et al.,

                       Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated November 14, 2022, and pursuant to Federal Rule of Civil Procedure 58(b)(2)(A) and 58(b)(2)(B), judgment is entered in favor of Plaintiffs, as follows: I. For Plaintiff Qiang Lu: a. Jointly and severally from Defendants Purple Sushi, Inc. and Xing Chen, damages in the amount of $9,313.16, plus pre-judgment interest on $3,913.16 of those damages, computed at a rate of 9% per year from February 9, 2019 until the date of judgment, in the amount of $1,328.65; b. Jointly and severally i. From Defendant Yami Yami, Inc., damages in the amount of $82,047.42, plus prejudgment interest on $72,047.42 of those damages, computed at a rate of 9% per year from September 28, 2017 until the date of judgment, in the amount of $33,327.36; ii. From Defendant Jianfu Zhuo, damages in the amount of $82,047.42, plus prejudgment interest on $72,047.42 of those damages, computed at a rate of 9% per year from September 28, 2017 until the date of judgment, in the amount of $33,327.36; iii. From Defendant Mingjie Wang, damages in the amount of $57,065.71, plus prejudgment interest on $52,065.71 of those damages, computed at a rate of 9% per year from October 1, 2017 until the date of judgment, in the amount of $24,045.80; iv. From Defendant Zenan Li, damages in the amount of $73,646.28, plus prejudgment interest on $68,646.28 of those damages, computed at a

rate of 9% per year from September 29, 2017 until the date of judgment, in the amount of $31,737.15; II. For Plaintiff Yongbing Qi: a. Jointly and severally from Defendants Purple Sushi, Inc. and Xing Chen, damages in the amount of $67,945.68, plus pre-judgment interest on $57,945.68 of those damages, computed at a rate of 9% per year from January 3, 2019 until the date of judgment, in the amount of $20,203.20; b. Jointly and severally i. From Defendant Yami Yami, Inc., damages in the amount of $207,290.39, plus prejudgment interest on $197,290.39 of those damages, computed at a rate of 9% per year from March 18, 2016 until the date of judgment, in the amount of $118,455.31; ii. From Defendant Jianfu Zhuo, damages in the amount of $207,290.39, plus prejudgment interest on $197,290.39 of those damages, computed at a rate of 9% per year from March 18, 2016 until the date of judgment, in the amount of $118,455.31; iii. From Defendant Mingjie Wang, damages in the amount of $145,892.91, plus prejudgment interest on $140,892.91 of those damages, computed at a rate of 9% per year from March 21, 2016 until the date of judgment, in the amount of $84,489.91; iv. From Defendant Zenan Li, damages in the amount of $192,690.84, plus prejudgment interest on $187,690.84 of those damages, computed at a rate of 9% per year from March 18, 2016 until the date of judgment, in the amount of $112,691.64; III. For Plaintiff Zhenhua Duan a. Jointly and severally from Defendants Purple Sushi, Inc. and Xing Chen, damages in the amount of $2,007.00, plus pre-judgment interest on $807.00 of those damages, computed at a rate of 9% per year from November 20, 2018 until the date of judgment, in the amount of $290.12; b. Jointly and severally i. From Defendant Yami Yami, Inc., damages in the amount of $20,412.76, plus prejudgment interest on $11,412.76 of those damages, computed at a rate of 9% per year from May 17, 2017 until the date of judgment, in the amount of $5,656.35; ii. From Defendant Jianfu Zhuo, damages in the amount of $20,412.76, plus prejudgment interest on $11,412.76 of those damages,

computed at a rate of 9% per year from May 17, 2017 until the date of judgment, in the amount of $5,656.35; iii. From Defendant Mingjie Wang, damages in the amount of $13,193.01, plus prejudgment interest on $8,193.01 of those damages, computed at a rate of 9% per year from May 17, 2017 until the date of judgment, in the amount of $4,060.59; iv. From Defendant Zenan Li, damages in the amount of $15,854.76, plus prejudgment interest on $10,854.76 of those damages, computed at a rate of 9% per year from May 16, 2017 until the date of judgment, in the amount of $5,382.47.

**Dated:**  New York, New York
November 17, 2022

**RUBY J. KRAJICK**

_____
**Clerk of Court**

**BY:**   *K. Mango*
_____
**Deputy Clerk**